**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8090**

---

In re:  JOSE ELIECER LONDONO,

                                        Petitioner.

---

On Petition for Writ of Mandamus. (CR-87-321-A)

---

Submitted:  January 18, 1996          Decided:  February 9, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Jose Eliecer Londono, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose Eliecer Londono brought this mandamus petition seeking an order compelling the clerk of the United States District Court for the Eastern District of Virginia to forward the record on appeal in United States v. Londono, No. 94-7462 (CR-87-321-A), to this court. Because we note that the clerk of this court received and filed the record on appeal shortly after Londono filed this petition, we conclude that petitioner has already received the relief he seeks. Accordingly, we grant leave to proceed in forma pauperis, but deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2